## Thomas C. GOODRICH, as Administrator of the Estate of Thomas E. Goodrich, Deceased, Appellant, v. UNITED STATES of America and United States Shipping Board Merchant Fleet Corporation, Appellees.
### No. 60.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

Simone N. Gazan, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (William E. Collins, Sp. Asst. to U. S. Atty., of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on opinion below (5 F. Supp. 364).